**CSD 1183** [10/17/05]
Name, Address, Telephone No. & I.D. No.

Adam B. Arnold 183837
Doan Law Firm, LLP
320 E. 2ND Ave., Ste. 108
Escondido, CA 92025
760-746-4476

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Michael P. Berry and Karen L. Berry

BANKRUPTCY NO. 09-09386

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-<u>8756</u>    Debtor.

## NOTICE OF HEARING AND MOTION

TO: All Interested Parties

    **YOU ARE HEREBY NOTIFIED** that on September 1, 2009, at 3:00 p.m., in Department No. 2, Room 118 the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Michael P. Berry and Karen L. Berry, for

    A Motion to Value Collateral of National City, its successors, heirs, and/or assigns' Second Trust Deed

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: July 7, 2009

                                                                                          /s/ Adam B. Arnold
                                                                                          [Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

**CSD 1183**

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 7th day of July, 2009, I served a true copy of the within NOTICE OF MOTION AND HEARING, MOTION TO VALUE COLLATERAL OF NATIONAL CITY BANK, ITS SUCCESSORS, HEIRS, AND/OR ASSIGNS' SECOND TRUST DEED, DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO VALUE COLLATERAL OF NATIONAL CITY BANK, ITS SUCCESSORS, HEIRS, AND/OR ASSIGNS' SECOND TRUST DEED, AND EXHIBITS by [describe here mode of service]

ECF, US Mail, and Certified US Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

Senior Lienholder (via US Mail)

Wells Fargo
PO Box 14411
Des Moines IA 50306

Junior Lienholder (via US Mail)

National City
PO Box 5570
Cleveland OH 44101

Officer for Junior Lienholder (via Certified US Mail)

National City Bank
c/o Leo E. Knight, Jr. President
3232 Newmark Drive
Miamisburg, OH 45342

| [ ] | For Chpt. 7, 11, & 12 cases: | [ ] | For ODD numbered Chapter 13 cases: | [XXX] | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2009  /s/ Ryan E. Mills
(Date)  (Typed Name and Signature)

320 E. 2nd Ave., Ste. 108
(Address)

Escondido, CA 92025
(City, State, ZIP Code)

CSD 1183